EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: Marielba Torres Delgado | 2007 TSPR 63 170 DPR ____ |
|---|---|

Número del Caso: TS-13,658

Fecha: 30 de marzo de 2007

Abogada de la Parte Peticionaria:

Por Derecho Propio

Colegio de Abogados de Puerto Rico:

Lcdo. José M. Montalvo Trías
Director Ejecutivo

Materia: Renuncia al ejercicio de la abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

TS-13658

Marielba Torres Delgado

RESOLUCIÓN

En San Juan, Puerto Rico, a 30 de marzo de 2007.

Atendidas la Moción solicitando baja voluntaria presentada por la Lcda. Marielba Torres Delgado y la Moción contestando resolución del Colegio de Abogados de Puerto Rico, se autoriza la inactivación voluntaria de la profesión solicitada por ésta.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rivera Pérez no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo